People v Petrangelo (2024 NY Slip Op 06607)

People v Petrangelo

2024 NY Slip Op 06607

Decided on December 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
BARRY E. WARHIT
LILLIAN WAN, JJ.

2021-06332
 (Ind. No. 34/20)

[*1]The People of the State of New York, respondent,
v
Daniel Petrangelo, appellant.

Carol Kahn, New York, NY, for appellant.
William V. Grady, District Attorney, Poughkeepsie, NY (Amie J. Johnson of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Jessica Segal, J.), rendered July 15, 2021, convicting him of attempted kidnapping in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed, and the matter is remitted to the County Court, Dutchess County, for the issuance of an amended uniform sentence and commitment sheet in accordance herewith.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255).
As the People correctly concede, the defendant's uniform sentence and commitment sheet erroneously identified the count to which the defendant entered a plea of guilty as count 13 of the indictment when the defendant, in fact, entered a plea of guilty to a reduced charge under count 1 of the indictment. Accordingly, we remit the matter to the County Court, Dutchess County, for the issuance of an amended sentence and commitment sheet that properly reflects the count of the indictment to which the defendant entered a plea of guilty (see People v Iacovino, 184 AD3d 857, 858-859; People v Marks, 128 AD3d 852, 854).
DILLON, J.P., WOOTEN, WARHIT and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court